WILLIAM RAE - 7/9/2014

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

**EXHIBIT 12**

Case No. 2:13-cv-00197

*************************************  *

MICHAEL J. PRATT, Administer of the    *

Estate of Eric J. Pratt, Deceased      *

      Plaintiff                        *

  vs.                                  *

NATIONAL RAILROAD PASSENGER            *

CORPORATION d/b/a, AMTRAK, NEW         *

ENGLAND CENTRAL RAILROAD, INC.,        *

MICHAEL D. KUJALA AND WILLIAM C.       *

RAE,                                   *

      Defendants                       *

*************************************  *


VIDEOTAPED DEPOSITION OF: WILLIAM RAE

BUCKLEY RICHARDSON

1500 Main Street

Springfield, Massachusetts

July 9, 2014  10:07 A.M.


Sharon Waskiewicz

Court Reporter

```
 1      Q.      So to go from assistant conductor, to be
 2   qualified as a conductor, what do you have to do?
 3      A.      Take a conductor promotion exam and
 4   you're qualified on physical characteristics.
 5      Q.      What does that mean?
 6      A.      It means knowing where you are on the
 7   railroad.
 8      Q.      Navigation-type stuff, like where you are
 9   on the track?
10      A.      Yes.
11      Q.      Now that, going from assistant conductor,
12   assistant conductor to conductor, that doesn't have
13   anything to do with, you know, driving, operating of
14   the train, right?
15      A.      No.
16      Q.      So then you were a conductor for a while?
17      A.      Yes.
18      Q.      At some point how did it come to be that
19   you went to engineer school?
20      A.      I applied for it and I was interviewed
21   for it and I was accepted into the program.
22      Q.      Tell me what's involved with that, what
23   did you have to do with that school?
24      A.      It was Wilmington, Delaware for
25   approximately eight weeks, nine weeks, and then it's
```

```
 1    about a year and a half of on-the-job training.
 2       Q.      When did you complete that; in other
 3    words, when was your year and a half of on the job
 4    done, about?
 5       A.      2007.
 6       Q.      So right after -- well, I guess right
 7    after that then you were qualified as an engineer for
 8    the railroad?
 9       A.      Yes.
10       Q.      And have you been in the engineer
11    position ever since?
12       A.      Yes.
13       Q.      What licenses and certifications are you
14    required to have?
15       A.      I have a locomotive engineer license.
16       Q.      Was that up to date on the day of the
17    accident?
18       A.      Yes.
19       Q.      I'm going to ask you a little bit about
20    some of the rules you have to follow on the railroad.
21    As far as rule books that apply to you, to the
22    operation of the train, what rule books are you
23    required to follow, what sets of rules?  GCOR is one,
24    right?
25       A.      Yes.
```

```
 1    route, right?
 2       A.      Yes.
 3       Q.      All right.  Tell me, just tell me in your
 4    own words starting from, I don't know, a couple of
 5    minutes or so before you get to that crossing where
 6    this happened, just give me, you know, your own words
 7    what happened and what you observed up until the time
 8    the train hit Eric?
 9       A.      Traveling north I came out of a
10    40-mile-an-hour speed restriction.  I came around a
11    corner into a straightaway and I saw a car and two
12    people on the side.  I blew -- started blowing the
13    whistle.  The first person walked in front of my
14    train while I was continually blowing the whistle,
15    and then as we got closer to the crossing, the second
16    person just walked in front of us.  And before he
17    walked in front of us I put the train into emergency.
18       Q.      All right.  So as you approached this
19    Bemis Road crossing, you have a straightaway before
20    that, correct?
21       A.      A small one, yes.
22       Q.      So once you hit the straightaway you can
23    see if there's a car there?
24       A.      Yes.
25       Q.      When you hit the straightaway, was the
```

```
 1        Q.      What's the rule for sounding the horn at
 2   crossings, what are you supposed to do?
 3        A.      Two longs, a short and a long, is the
 4   whistle cadence.
 5        Q.      How long are you supposed to do it for?
 6        A.      From the whistle posts to the crossing.
 7        Q.      Now, does this Bemis Road have a whistle
 8   post?
 9        A.      I don't know.
10        Q.      Just as far as the rule that you follow,
11   you follow the horn rule for every crossing whether
12   it's private or public?
13        A.      Yes.
14        Q.      Is that what the railroad tells you to
15   do?
16        A.      That's what I do.
17        Q.      Do you have -- excuse me -- do you have
18   crossings on your route that don't have whistle
19   boards?
20        A.      Yes.
21        Q.      What do you do on one of those, what's
22   your procedure?  How long before do you sound the
23   horn?
24        A.      If it does not have a whistle post, I
25   would sound the horn where the whistle post would be.
```

```
 1        A.      Loud.
 2        Q.      Not loud enough that you feel like you
 3   should wear ear protection, though, at that time?
 4        A.      If you have the windows closed, it's not
 5   as loud as if you were outside.
 6        Q.      And this was a January day and I assume
 7   you had the windows closed?
 8        A.      Yes.
 9        Q.      Do you know where the horn is located on
10   the engine?
11        A.      Yes.
12        Q.      Where's it at?
13        A.      On the top of the engine.
14        Q.      The top towards the front, the back,
15   middle, do you know?
16        A.      I don't know.
17        Q.      All right.  So when you first see the two
18   boys, are you sounding your horn at that point?
19        A.      Yes.
20        Q.      Now, the first boy -- well, I want to
21   make sure.  I don't want to put words in your mouth.
22   There is two of them and they were walking, roughly,
23   one in front of the other; is that how you saw it?
24        A.      I saw two people to the right of the
25   tracks and I saw one cross the tracks and the second
```

```
 1    one crossed the tracks.
 2         Q.    Okay.  So you have on your right, as
 3    you're coming to Bemis Road, you're going parallel,
 4    roughly, at that point, to Route 142, right?
 5         A.    Yes.
 6         Q.    And then there is a small part of Bemis
 7    Road that's between Route 142 and the rails, right?
 8         A.    Yes.
 9         Q.    When you first saw the boys, were they on
10    that small piece or were they still on 142, if you
11    know?
12         A.    They weren't on 142.
13         Q.    So they were somewhere between 142 and
14    the rails when you first saw them?
15         A.    Yes.
16         Q.    Do you know if they were moving when you
17    first saw them, the first time you saw them?
18         A.    No.  I don't recall.
19         Q.    Do you know how far away you were from
20    the crossing when you first saw them?
21         A.    No.
22         Q.    And how much time passed from the time
23    you first saw them until the train hit Eric?
24         A.    I have no idea.
25         Q.    All right.  So the first boy, at some
```

```
 1    point he's moving.  You don't know whether he was
 2    moving the very first time you saw him, correct?
 3         A.    Correct.
 4         Q.    But then he either starts to or is
 5    moving, and tell me what he does.
 6         A.    Crossing the tracks.
 7         Q.    Is he walking or running?
 8         A.    I don't know.
 9         Q.    Does he look at the train?
10         A.    I don't recall.  I don't see faces; I see
11    individuals.
12         Q.    You're sounding your horn at this time,
13    right?
14         A.    Yes.
15         Q.    Did it appear to you that he had heard
16    the horn, any type of reaction?
17               MR. HEMLEY:  Objection.
18               THE WITNESS:  I don't remember if he
19         had a reaction or not.
20         Q.    (By Mr. Sullivan)  Okay.  That one made
21    it across, right?
22         A.    Yes.
23         Q.    The second boy, do you remember what he
24    was doing, walking, running?
25         A.    Walking.
```

WILLIAM RAE - 7/9/2014

Page 29

```
 1        Q.      Do you know where he was looking, at
 2   least as far as you could observe?
 3        A.      I don't know where he was looking.
 4        Q.      Did you see either of the kids' faces
 5   ever?
 6        A.      No.
 7        Q.      Did you see the second boy, did you
 8   observe any kind of reaction to him startling by the
 9   horn, anything like that?
10              MR. HEMLEY:  Objection.
11              THE WITNESS:  I don't remember any
12        reaction.
13        Q.      (By Mr. Sullivan)  As he is walking --
14   well, eventually -- let me just make sure we know
15   this:  When the train hits him, you can't see him,
16   right?
17        A.      No.
18        Q.      He disappeared, sort of, from the front
19   of your train in your view?
20        A.      Yes.
21        Q.      So for the time you can see him, does he
22   just move at whatever the pace is, just a study pace
23   in front of the train?
24        A.      Yes.
25        Q.      And you never saw him look up and saw his
```

Merrill Corporation - Los Angeles
800-826-0277                              www.merrillcorp.com/law

```
 1    face, right?
 2        A.      I didn't see him, no.
 3        Q.      Are you on the right side or the left
 4    side?
 5        A.      The right.
 6        Q.      You put the train in emergency, did you
 7    say, before you hit him?
 8        A.      Yes.
 9        Q.      Very shortly before?
10        A.      It would have been this whole process
11    happened very shortly.  So --
12        Q.      Go ahead.  I don't want to interrupt you.
13        A.      I put the train into emergency when it
14    was evident that he was going in front of the train.
15        Q.      The whole time that you could see them,
16    in other words, from the time you see him until the
17    time he was struck by the train, that's a matter of
18    seconds?
19        A.      A matter of seconds.
20        Q.      All right.  So you put the train into
21    emergency then?
22        A.      Yes.
23        Q.      I think I saw that you stayed on the
24    train after the incident, correct?
25        A.      Yes.
```